UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In Re:                                                    Chapter 13

FRANCESCO BOVE AND                                        Case No. 11-B-23205
CONCETTA BOVE,

                              Debtors,
-------------------------------------------------------x

### TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW
YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following
dividend(s) are unclaimed over 90 days from the date of issuance:

CLAIMANT(s)' NAME &
LAST KNOWN ADDRESS                                        AMOUNT OF DIVIDEND

Northstar Capital                                               $6.91
220 John Glenn Drive, #100
Amherst, New York 14228


       Trustee's check to your order in the sum of $6.91 is annexed representing the total of the
aforesaid unclaimed dividend(s).

Dated:  White Plains, New York
        July 8, 2016


                                        Respectfully submitted,
                                        /s/ Jeffrey L. Sapir
                                        JEFFREY L. SAPIR
                                        Standing Chapter 13 Trustee